UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cr-00017-JPH-CMM |
| ) | |
| BRANDY GREGORY, ) | -05 |
| ) | |
| Defendant. ) | |

**ORDER DENYING MOTION FOR RECONSIDERATION OF SENTENCE**

Defendant Brandy Gregory seeks a reduction in her sentence. Dkt. 441. In support of her request, Ms. Gregory relies on her post-conviction rehabilitation, explaining that she has completed numerous prison programs. *Id.*

The general rule is that sentences imposed in federal criminal cases are final and may not be modified. 18 U.S.C. § 3582(c). Here, Ms. Gregory cites 18 U.S.C. §§ 3741(e) and 3742(e) in support of her request for a reduced sentence. § 3741 is titled, "Harmless error and plain error—(Rule)," and refers to the Federal Rules of Criminal Procedure, so it does not provide a basis for relief. Section 3742(e) similarly does not provide a basis for a reduced sentence as it enumerates factors that a Court of Appeals must consider when reviewing a sentence on appeal. To the extent Ms. Gregory intended to refer to § 3742(g), which governs sentencing upon remand, this case is not on remand, so § 3742(g) does not apply.

The Court compliments Ms. Gregory for the positive, rehabilitative steps she has taken while imprisoned. She has identified no basis, however, for reducing her sentence, so her motion for a sentence reduction, dkt. [441], is **denied**.

**SO ORDERED.**

Date: 2/7/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Brandy Gregory
Reg. No. 24437-509
FPC ALDERSON
FEDERAL PRISON CAMP
GLEN RAY RD. BOX A
ALDERSON, WV 24910

All Electronically Registered Counsel